UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  JUAN ROSARIO, | ) | |
|     a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.  JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
|     a/k/a "Danny" | ) | And to Possess with Intent |
| 3.  GEORGE MONTILLA, | ) | To Distribute, Cocaine |
|     a/k/a "Jose;" | ) | |
| 4.  LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
|     a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.  RAMON VILLA, | ) | |
|     a/k/a "Lorenzo Velasquez) | | |
|     a/k/a "Ramon," | ) | |
|     a/k/a "Jose Andino; | ) | |
| 6.  ANSELMO DOMINGUEZ; | ) | |
| 7.  CESAR MIRANDA, | ) | |
|     a/k/a "Tutu;" and | ) | |
| 8.  PEDRO INFANTE, | ) | |
|     a/k/a "Alex;" | ) | |
| | ) | |
|         Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:      (21 U.S.C. § 846 - Conspiracy to Distribute,
                and to Possess with Intent to Distribute,
                Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about

November 2003 and continuing to on or about March 31, 2004, at

Haverhill, Lawrence, Boston and elsewhere in the District of

Massachusetts, in Nashua in the District of New Hampshire, and in

New York City, in the Southern District of New York, and

elsewhere,

```
1.  JUAN ROSARIO,
        a/k/a "Carlos Castro;"
2.  JAVIER TORRES-ESPINO,
        a/k/a "Danny;"
3.  GEORGE MONTILLA,
        a/k/a "Jose;"
4.  LUIS CASTRO,
        a/k/a "Nene"
5.  RAMON VILLA,
        a/k/a "Lorenzo Velasquez,"
        a/k/a "Ramon,"
        a/k/a "Jose Andino;"
6.  ANSELMO DOMINGUEZ;
7.  CESAR MIRANDA,
        a/k/a "Tutu;" and
8.  PEDRO INFANTE,
        a/k/a "Alex;"
```

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.    As a result of the offense alleged in Count One of this Indictment,

>        1.    JUAN ROSARIO,
>              a/k/a "Carlos Castro;"
>        2.    JAVIER TORRES-ESPINO,
>              a/k/a "Danny;"
>        3.    GEORGE MONTILLA,
>              a/k/a "Jose;"
>        4.    LUIS CASTRO,
>              a/k/a "Nene"
>        5.    RAMON VILLA,
>              a/k/a "Lorenzo Velasquez,"
>              a/k/a "Ramon,"
>              a/k/a "Jose Andino;"
>        6.    ANSELMO DOMINGUEZ;
>        7.    CESAR MIRANDA,
>              a/k/a "Tutu;" and
>        8.    PEDRO INFANTE,
>              a/k/a "Alex;"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.  Such property includes, but is not limited to:

>        (a)    $7,150 in United States currency seized from
>               GEORGE MONTILLA on March 12, 2004, in that such
>               sum represents drug proceeds, and
>
>        (b)    $13,750 in United States currency seized from
>               Jimenez Grocery at Lawrence, MA on March 30, 2004,
>               in that such sum represents drug proceeds, and
>               further represents monies the Defendants intended
>               to use to purchase cocaine; and

2.   If any of the properties described in paragraph 1,
above, as a result of any act or omission of the Defendants --

> (a)  cannot be located upon the exercise of due
>       diligence;
>
> (b)  has been transferred or sold to, or deposited
>       with, a third party;
>
> (c)  has been placed beyond the jurisdiction of the
>       Court;
>
> (d)  has been substantially diminished in value; or
>
> (e)  has been commingled with other property which
>       cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any
other property of the defendant up to the value of the property
described in paragraph 1.

All in violation of Title 21, United States Code, Section
853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.  The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.  The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.  The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.  The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.  The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.  The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Haverhill _____    **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf.    X _____    Case No.    04-CR-10160-WGY
Same Defendant    X _____    New Defendant _____
Magistrate Judge Case Number    04-M-1069-JGD _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Ramon Villa _____    Juvenile:    ☐ Yes    X No

Alias Name    "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

Address    187-189 Sanborn Street, Lawrence, MA _____

Birthdate: _____ SS # _____ Sex: M _____ Race: Hispanic _____ Nationality: _____

**Defense Counsel if known:**    Paul Markham _____    Address    P.O. Box 1101 _____

Bar Number _____    Melrose, MA  02176 _____

**U.S. Attorney Information:**

AUSA    Cynthia W. Lie _____    Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No    List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    ☐ Yes    X No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    03/30/04 _____

X Already in Federal Custody as of    03/30/04 _____ in    Boston, MA _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    9/23/04 _____    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS45 Villa.wpd - 2/7/02

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill    **Category No.** II    **Investigating Agency** DEA

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X    Case No.    04-CR-10160-WGY
Same Defendant X    New Defendant
Magistrate Judge Case Number    04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Javier Espino-Torres    Juvenile:    ☐ Yes    X No

Alias Name   Danny Parades

Address

Birthdate: _____ SS # _____ Sex: M   Race: Hispanic    Nationality: _____

**Defense Counsel if known:**    Address

Bar Number

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie    Bar Number if applicable

**Interpreter:**    X Yes    ☐ No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    ☐ Yes    X No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date   03/31/04

X Already in Federal Custody as of    03/31/04    in   Southern District of New York    .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony 2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   9/23/04    Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Javier Espino-Torres, a/k/a "Danny Parades" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Torres JS45.wpd - 2/7/02

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II          **Investigating Agency**   DEA

**City**   Haverhill                    **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X              Case No.    04-CR-10160-WGY
                                       Same Defendant     X              New Defendant
                                       Magistrate Judge Case Number     04-M-1069-JGD
                                       Search Warrant Case Number
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   George Montilla                    Juvenile:    ☐ Yes    X  No

Alias Name     Jose

Address      22 Hilltop Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex:  M    Race:  Hispanic          Nationality: _____

**Defense Counsel if known:**      Ronald Segal, Esq.          Address  23 Central Avenue, Suite 605

Bar Number      _____              Lynn, MA 01901

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                    Bar Number if applicable     _____

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:     Spanish

**Matter to be SEALED:**      ☐ Yes   X   No

    ☐  Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date     03/30/04

X  Already in Federal Custody as of        03/30/04            in    Boston, MA              .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      ☐ Complaint      ☐ Information          X  Indictment

**Total # of Counts:**      ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:     9/23/04          Signature of AUSA:   _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   George Montilla, a/k/a "Jose" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS45 Montilla.wpd - 2/7/02

# Criminal Case Cover Sheet                  U.S. District Court - District of Massachusetts

**Place of Offense:** Haverhill   **Category No.** II        **Investigating Agency** DEA

**City** Haverhill               **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf. X        Case No. 04-CR-10160-WGY
                                 Same Defendant X        New Defendant _____
                                 Magistrate Judge Case Number 04-M-1069-JGD
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Luis Castro                   Juvenile:   ☐ Yes   X No

Alias Name   Nene

Address   1 Clocktower Place, Apt. 114, Nashua, NH

Birthdate: _____ SS # _____ Sex: M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:**   Stephen D. Judge, Esq.   Address 23 Central Avenue., #605

Bar Number _____                                Lynn, MA 01901

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                Bar Number if applicable _____

**Interpreter:**   X Yes   ☐ No      List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes   X No

   ☐ Warrant Requested      X Regular Process      ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: JGD   on 05/18/04

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/24/04      Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Castro, a/k/a "Nene" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill    **Category No.** II    **Investigating Agency** DEA

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X    Case No. 04-CR-10160-WGY
Same Defendant    X    New Defendant
Magistrate Judge Case Number    04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Anselmo Dominguez    Juvenile:  ☐ Yes    X No

Alias Name

Address  82 Temple Street, Haverhill, MA

Birthdate:    SS #    Sex: M    Race: Hispanic    Nationality:

**Defense Counsel if known:**  John C. McBride, Esq.    Address 240 Commercial Street

Bar Number    Boston, MA 02109

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie    Bar Number if applicable

**Interpreter:**  X Yes  ☐ No    List language and/or dialect:  Spanish

**Matter to be SEALED:**  ☐ Yes  X No

☐ Warrant Requested    X Regular Process    ☐ In Custody

**Location Status:**

Arrest Date    03/30/04

☐ Already in Federal Custody as of    in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  JGD    on  04/15/04

**Charging Document:**  ☐ Complaint  ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/24/04    Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anselmo Dominguez _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**  Haverhill        **Category No.**  II_____        **Investigating Agency**  DEA_____

**City**  Haverhill_____        **Related Case Information:**

**County**  Essex_____        Superseding Ind./ Inf.  X_____        Case No.  04-CR-10160-WGY__
                                       Same Defendant  X_____        New Defendant _____
                                       Magistrate Judge Case Number  04-M-1069-JGD_____
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  Pedro Infante_____        Juvenile:    ☐ Yes    X No

Alias Name    Alex_____

Address    62 Jackson Street Extension, #1, Haverhill, MA_____

Birthdate: _____ SS # _____ Sex: M____ Race: Hispanic_____ Nationality: _____

**Defense Counsel if known:**    _____    Address _____

Bar Number    _____            _____

### U.S. Attorney Information:

AUSA  Cynthia W. Lie_____        Bar Number if applicable  _____

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    ☐ Yes  ☐   No

     ☐  Warrant Requested        ☐  Regular Process        ☐  In Custody

**Location Status:**

Arrest Date    _F̲u̲g̲i̲t̲i̲v̲e̲_____

☐ Already in Federal Custody as of    _____  in    _____ .
☐ Already in State Custody at  _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on    _____

**Charging Document:**    ☐ Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony    2____

Continue on Page 2 for Entry of U.S.C. Citations

X        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  9/24/04_____        Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Pedro Infante, a/k/a "Alex" _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**JS 45** (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Haverhill    **Category No.**  II    **Investigating Agency**  DEA

**City**  Haverhill

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.  X    Case No.  04-CR-10160-WGY
Same Defendant  X    New Defendant
Magistrate Judge Case Number  04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Cesar Miranda    Juvenile:  ☐ Yes    X  No

Alias Name  Tuto

Address

Birthdate: _____ SS # _____ Sex:  M    Race:  Hispanic    Nationality:

**Defense Counsel if known:**    Lenore Glaser, Esq.    Address  25 Kingston Street, 6th Floor

Bar Number    Boston, MA  02111

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie    Bar Number if applicable

**Interpreter:**  X  Yes  ☐ No    List language and/or dialect:    Spanish

**Matter to be SEALED:**  ☐ Yes  X  No

☐ Warrant Requested    ☐ Regular Process    X  In Custody

**Location Status:**

Arrest Date  03/31/04

X  Already in Federal Custody as of  03/31/04    in  Boston, MA  .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    X  Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X  Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Cesar Miranda, a/k/a "Tuto"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**JS 45** (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill        **Category No.**  II          **Investigating Agency**  DEA

**City**  Haverhill                 **Related Case Information:**

**County**  Essex                  Superseding Ind./ Inf.  X         Case No.  04-CR-10160-WGY
                                   Same Defendant  X          New Defendant
                                   Magistrate Judge Case Number  04-M-1069-JGD
                                   Search Warrant Case Number
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Juan Rosario                Juvenile:  ☐ Yes   X No

Alias Name  Carlos Castro

Address  81 Blaisdell Street #1, Haverhill, MA

Birthdate: 1965   SS # 7818   Sex: M   Race: Hispanic   Nationality:

**Defense Counsel if known:**  Page Kelley, Esq.   Address  408 Atlantic Avenue

Bar Number                        Boston, MA 02210

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie              Bar Number if applicable

**Interpreter:**  X Yes  ☐ No    List language and/or dialect:  Spanish

**Matter to be SEALED:**  ☐ Yes  X  No

      ☐ Warrant Requested      ☐ Regular Process      X  In Custody

**Location Status:**

Arrest Date  03/30/04

X Already in Federal Custody as of  03/30/04   in  Boston, MA
☐ Already in State Custody at        ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:        on

**Charging Document:**  ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/24/04    Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** ___ Juan Rosario, a/k/a "Carlos Castro" _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____