UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10160 WGY

UNITED STATES OF AMERICA

v.

CESAR MIRANDA

**MOTION BY DEFENDANT MIRANDA TO SCHEDULE A RULE 11 HEARING**

Now comes the defendant, CESAR MIRANDA, and moves this Honorable Court for a hearing pursuant to F.R. Crim. P. Rule 11 for the purpose of offering a change of plea on the above enumerated indictment.

Defendant requests that this hearing be scheduled for a date no sooner than May 23rd, 2005. Counsel for defendant will be on vacation from June 13-22, 2005.

Respectfully Submitted,
CESAR MIRANDA
By his attorney,

  /s/ Lenore Glaser                                        Dated: May 2, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220