```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10160-WGY

 4

 5


 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   CESAR MIRANDA                  *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                                District Judge
13

14

15

16

17

18

19

20

21

22

23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        September 12, 2005
```

```
 1          THE COURT:  Mr. Cesar Miranda, in consideration of
 2   those matters which the Court must consider under Section
 3   3553, the information from the United States Attorney, your
 4   attorney, the probation officer and yourself, this Court
 5   sentences you to three years in the custody of the United
 6   States Attorney General.
 7          The Court imposes upon you no fine due to your
 8   inability to pay a fine.
 9          The Court imposes upon you four years of supervised
10   release.  During the period of supervised release you are to
11   remain free of alcohol and drugs and to submit to drug
12   treatment which may not exceed 104 tests per year at the
13   direction of the United States Probation Office.  You're
14   required to contribute to the costs of such treatment.
15          You're to submit a DNA sample.  The Court imposes
16   upon you a $100 special assessment.  You're not to use any
17   aliases or other false identifiers.
18          Let me explain this sentence to you.  The Court
19   imposes the minimum, actually less a month given the
20   advisory nature of the guidelines, a three year sentence as
21   an adequate deterrent under the circumstances and
22   appropriate punishment for the crime.
23          You are not a minor player here, Mr. Miranda.  You
24   tried to in fact become more of a player in cocaine
25   distribution.  If anything you are fortunate that your
```

```
 1   conduct was brought to an end.  This is an appropriate and a
 2   just sentence.
 3            You will have credit toward the service of this
 4   sentence from March 31, 2004.
 5            Further, it is an additional special requirement of
 6   your supervised release that if deported you are to leave
 7   the United States, not to return without the prior
 8   permission of the United States, the Secretary of Homeland
 9   Security.
10            That's the sentence of the Court.  You're advised
11   that you have the right to appeal from any findings or
12   rulings the Court has made against you.  Should you appeal
13   and should the sentence be reversed in whole or in part
14   you'll be resentenced before another judge.
15            Now, Ms. Glaser, do you want to be heard?
16            **MS. GLASER:**  Your Honor, just two factors.  One is,
17   which I always request of you, which is that the mandatory
18   special assessment be permitted to be paid during the
19   duration of his sentence.  That permits him --
20            **THE COURT:**  It is so ordered.
21            **MS. GLASER:**  Thank you.
22            And the other request is that, he has family in New
23   York, he has a brother in New York.  He would like to be
24   close to them.  I don't think it would be readily apparent
25   to the Bureau of Prisons that that's the location, though
```

1   they have a family preference, they would look at where he
2   lived last.  So that it should be noted that he has family
3   in New York and that a placement would be advised.
4           He has indicated to me that his information is that
5   there is an accounting program at Allenwood which is, his
6   goal is to accomplish that one class.  So, if that class is
7   a possibility that would be his preference.  And he also
8   indicated that he feels he would benefit from the drug
9   program if your Honor recommended it.
10          **THE COURT:**  Where is Allenwood?
11          **MS. GLASER:**  Allenwood, Pennsylvania.
12          **THE COURT:**  That's what I thought.
13          **MS. GLASER:**  Yes.
14          **THE COURT:**  So, I just want to be clear on the
15  recommendation.  Do you want a recommendation to Allenwood
16  because Pennsylvania adjoins New York?
17          **MS. GLASER:**  Well, I, I have to say I'm not too
18  clear on where Allenwood is in relation, but I think it's
19  about four hours from New York City.  So that it is doable
20  for his brother.
21          **THE COURT:**  All right.
22          **MS. GLASER:**  So that it would combine both
23  purposes.
24          **THE COURT:**  The Court does recommend to the Bureau
25  of Prisons that the sentence be served at the Federal

```
 1    Correctional Facility in Allenwood, Pennsylvania; that if he
 2    qualifies, Mr. Miranda be admitted to the accounting program
 3    there; and that he be admitted to the drug treatment program
 4    in that facility.
 5              That's the recommendation of the Court.  He's
 6    remanded to the custody of the marshals.
 7              MS. GLASER:  Thank you, your Honor.
 8              (Whereupon the matter concluded.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```